IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 07-13673
Non-Argument Calendar

————————————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 28, 2008
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00051-CR-T-26-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMIN HERNANDEZ-PEREA,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the  Middle District of Florida

————————————————

**(May 28, 2008)**

Before BIRCH, DUBINA and BLACK, Circuit Judges

PER CURIAM:

Grady C. Irvin, Jr., appointed counsel for Amin Hernandez-Perea in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez-Perea's conviction and sentence are **AFFIRMED**.